UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

NO. 3:06MJ-230
W.D.KY.

3:06mj 13l

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA FOR
CRIMINAL COMPLAINT AND ARREST WARRANT

ORDER

Upon motion of the United States of America, by counsel, Robert J. Gleason, Assistant United States Attorney for the Western District of North Carolina; and the Court being sufficiently advised,

It is hereby ORDERED that the affidavit, criminal complaint, arrest warrant, and any other material relating to 3:06MJ-230, is unsealed.

DATED:

Carl Horn, III

Honorable CARL HORN, III
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
Western District of North Carolina